Henry C. Rossman, Jr., Appellee, v. Landon L. Chapman, Appellant.

Gen. No. 41,829.

Heard in first division, first district, this court at June term, 1941; opinion filed November 28, 1941. Hubbard, Baker & Rice, for appellant; Alvin Glen Hubbard, of counsel; Raymond A. Kinzie, for appellee. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''